1
2
3
4
5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9    HEATHER CLARKE,                        Case No. 3-14-cv-00632-MMD-VPC

10                      Plaintiff,
          v.                                ORDER
11
     SAFECO INSURANCE COMPANY OF
12   AMERICA, Black and White Corporation,
     and DOES 1-10, inclusive,
13
                        Defendants.
14

15        On December 9, 2014, the Court ordered Defendant to show cause as to why this

16   case should not be remanded for lack of subject matter jurisdiction. (Dkt. no. 5.)

17   Defendant responded on December 24, 2014, and Plaintiff filed a reply on January 2,

18   2015. (Dkt. nos. 14, 15.) The Court finds that Defendant has met its burden to

19   demonstrate that the amount-in-controversy exceeds $75,000. Accordingly, the Court is

20   now assured of its jurisdiction to preside over this case.

21        DATED THIS 7th day of January 2015.

22

23                                          MIRANDA M. DU
                                            UNITED STATES DISTRICT JUDGE
24
25
26
27
28